# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. HERNANDEZ, | Case No.: 1:10-cv-00391-LJO-JLT |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR COPIES (Doc. 33) |
| v. | |
| NEW FOLSOM STATE PRISON WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## **DISCUSSION**

The instant petition was filed on February 25, 2010. (Doc. 1). On February 27, 2012, the Court issued Findings and Recommendations to deny the petition on the merits. (Doc. 27). On May 11, 2012, the District Judge adopted the Findings and Recommendations, entered, judgment, and closed the case. (Docs. 31 & 32). Thereafter, Petitioner appealed the denial to the Ninth Circuit, but that Court denied Petitioner's request for a certificate of appealability on July 25, 2013. (Doc. 37). Prior to the appeal, on May 22, 2012, Petitioner had filed the instant motion, requesting that the Court make copies of all documents and pleadings in his case and send them to Petitioner. (Doc. 33).

Petitioner is advised that the Court and its staff do not provide copy services for parties. The Clerk's office has no facilities or procedures for providing copies to parties or for recouping the costs

involved in providing such services. If Petitioner needs copies of any of the documents in his case, all of which are public records, he has several options.  First, he may have someone copy those documents directly at the Court.  Alternately, if Petitioner or an associate, friend, or family member has access to the internet, the desired documents can be accessed at the Court's website and downloaded and printed as needed.

For the foregoing reasons, Petitioner's motion for copies (Doc. 33), is DENIED.

IT IS SO ORDERED.

Dated:   **August 15, 2013**                        **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE